111 E. Locust, Suite. 500
Angleton, TX 77515

www.brazoria-county.com

979-864-1316
979-388-1316
281-756-1316



FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/17/2015 8:22:51 AM
CHRISTOPHER A. PRINE
Clerk

# RHONDA BARCHAK
## DISTRICT CLERK
### BRAZORIA COUNTY

## NOTICE OF ASSIGNMENT ON APPEAL

7/16/2015

TO:     FOURTEENTH COURT OF APPEALS

RE:     Cause No. **75576-CV, in the 149th District Court**

Style;     **TYLER LEE, ET AL VS. DIXON EQUIPMENT SERVICES, INC., ET AL**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

CASE INFORMATION:

DATE OF APPEALABLE ORDER/JUDGMENT:       6/17/15, 7/1/15
NOTICE OF APPEAL:       7/16/15
MOTION FOR NEW TRIAL:       NO
ORDER OVERRULING MOT N/T       N/A
REQUEST FOR FINDING OF FACTS AND CONCLUSIONS OF LAW FILED:  NO
REQUEST FOR CLERK'S RECORD:  NO
REQUEST FOR REPORTERS RECORD FILED:    NO
METHOD OF DELIVERY:       TAMES PORTAL
JUDGE PRESIDING:       TERRI HOLDER
COURT REPORTER:       ROBIN RIOS

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

APPELLANT:       MAXIM CRANE WORKS L.P.

ATTORNEY(S) FOR APPELLANT:  JEFFREY L. DIAMOND
TEL.:     713-227-6800
FAX :     713-227-6801
EMAIL ADDRESS:   jeffrey@jdiamondand associates.com
TEXAS BAR NO.:     05802500

Filed for Record
7/16/2015 1:48:50 PM
Rhonda Barchak, District Clerk
Brazoria County, Texas
75576-CV
Kelley Hanson, Deputy

**CAUSE NO. 75576-CV**

| | | |
|---|---|---|
| **TYLER LEE AND LEIGH ANN LEE** | § | **IN THE DISTRICT COURT OF** |
| **INDIVIDUALLY AND AS NEXT FRIEND** | § | |
| **OF SYDNEY ROSE LEE, MINOR** | § | |
| | § | |
| *Plaintiff* | § | |
| **VS.** | § | **BRAZORIA COUNTY, TEXAS** |
| | § | |
| **BERKEL & COMPANY CONTRACTORS,** | § | |
| **INC., MAXIM CRANE WORKS, L.P., DIXON** | § | |
| **EQUIPMENT SERVICES, INC., FLOYD** | § | |
| **DIXON, ISAAC DOLAN, JAMES DAVIDSON** | § | |
| **ANDREW BENNETT, AND LINK-BELT** | § | |
| **CONSTRUCTION EQUIPMENT CO.** | § | |
| | § | |
| *Defendants* | § | **149TH JUDICIAL DISTRICT** |

## NOTICE OF APPEAL
## FILED BY DEFENDANT, MAXIM CRANE WORKS, L.P.

**COMES NOW**, Defendant, **MAXIM CRANE WORKS, L.P.,** and pursuant to Rules 25 and 26 of Texas Rules of Appellate Procedure, files this it's Notice of Appeal, and respectfully shows the Court as follows:

1.     Defendant, **MAXIM CRANE WORKS, L.P.,** gives notice of its desire to appeal from the Final Judgment signed on June 17, 2015, and the Amended Judgment signed on July 1st 2015, in favor of Defendant **BERKEL & COMPANY CONTRACTORS, INC.** as to Defendant **MAXIM CRANE WORKS, L.P.'s** Cross-Acton against **BERKEL & COMPANY CONTRACTORS, INC**.

2.     The trial court is the 149th Judicial District Court of Brazoria County Texas; cause number 75576-CV. The Style of the case is *Tyler Lee and Leigh Ann Lee, Individually and As Next Friend of Sydney Rose Lee, Minor, v. Berkel & Company Contractors, Inc., Maxim Crane Works, L.P., Dixon Equipment Services, Inc., Floyd Dixon, Isaac Dolan, James Davidson, Andrew Bennett, and Link-Belt Construction Equipment Co.*

3. Defendant, **MAXIM CRANE WORKS, L.P.,** is appealing to either the Court of Appeals for the First District of Texas at Houston or the Court of Appeals for the Fourteenth District of Texas at Houston. No related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals.

Respectfully submitted,

**J. DIAMOND AND ASSOCIATES, PLLC**

/S/ Jeffrey L. Diamond
Jeffrey L. Diamond
State Bar No.  05802500
Ann E. Knight
State Bar No. 00786026
1010 N. San Jacinto Street
Houston, Texas 77002
Tel:  (713) 227-6800
Fax:  (713) 227-6801
jeffrey@ jdiamondandassociates.com
ann@jdiamondandassociates.com

Attorneys for Defendants:
**Maxim Crane Works, L.P., and James Davidson**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing instrument was served upon all known counsel of record via facsimile, hand delivery, and/or certified mail, return receipt requested, on the 16th day of July, 2015.

Kurt B. Arnold
**ARNOLD & ITKIN**
6009 Memorial Drive
Houston, TX  77007

Justin Gilbert
**GILBERT & FUREY**
222 North Velasco Street
Angleton, TX 77515

Charles Lloyd Clay, Jr.
**CHUCK CLAY & ASSOCIATES, LLC.**
3280 Peachtree Road NE, Suite 2050
Atlanta, GA 30305

Russell S. Post
**BECK REDDEN LLP**
1221 McKinney, Suite 4500
Houston, TX 77010

Andrew T. McKinney IV
D. Douglas Mena
**LITCHFIELD CAVO LLP**
One Riverway, Suite 1000
Houston, TX 77056

Thomas C. Wright
Jessica Z. Barger
Garrett A. Gibson
**WRIGHT & CLOSE, LLP.**
One Riverway, Suite 2200
Houston, Texas 77056

John Dwyer
**GORDON & REES, LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

Steven D. Selbe
**GORDON & REES, LLP**
1900 West Loop South, Suite 1000
Houston, TX 77027

Christopher Pine
Clerk, First Court of Appeals
First Court of Appeals
301 Fannin Street, Room 208
Houston, Texas 77002-2066

Christopher Pine
Clerk,  Fourteenth Court of Appeals
Fourteenth Court of Appeals
301 Fannin Street, Room 208
Houston, Texas 77002-2066

_____/S/ Jeffrey L. Diamond_____
Jeffrey L. Diamond